UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| DOUGLAS W. FLANNERY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-CV-183 RLW |
| UNITED FIRE & CASUALTY COMPANY, | ) ) ) |
| Defendant. | ) |

## ORDER

In accordance with parties' Joint Stipulation for Dismissal (ECF No. 26),

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice.   Fed. R. Civ. P. 41(a)(1)(A)(ii).

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 16th day of December, 2020.